IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01952-BNB

MIGUEL ANGEL FACUNDO, 07603-010,

    Plaintiff,

v.

LEWISBURGH, PENNSYLVANIA, SPECIAL HOUSING UNIT,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Miguel Angel Facundo, a federal prisoner currently housed in a federal prison facility in Lewisburgh, Pennsylvania, initiated this action by filing a *pro se* Prisoner Complaint. In an order filed on September 11, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Facundo to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Facundo either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Facundo was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 2, 2008, Mr. Facundo filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form. However, the § 1915 Motion and Affidavit form is deficient because Mr. Facundo did not submit a certified copy of his inmate trust fund account statement in support of the motion, as

required pursuant to § 1915(a)(2), and as specified on Page Two of the § 1915 Motion and Affidavit form. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on October 2, 2008, is denied as moot.

DATED at Denver, Colorado, this 31 day of Oct., 2008.

BY THE COURT:

Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01952-BNB

Miguel Angel Facundo
Reg. No. 07603-010
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk